**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Knight Resources, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **73-1679979** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2727 Southeast Evangeline Thruway**<br>**Lafayette, LA 70508-2205** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafayette** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ |
| | District _____ | | When _____ | | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **Knight Energy Holdings, LLC**    Relationship    **Member**

District    **Western District of Louisiana - Lafayette Division**    When    **8/08/17**    Case number, if known    **17-51014**

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2017**
           MM / DD / YYYY

**X** **/s/ Kelley Knight Sobiesk**                           **Kelley Knight Sobiesk**
_____                    _____
Signature of authorized representative of debtor             Printed name

Title   **Authorized Representative**
      _____

**18. Signature of attorney**

**X** **/s/ Tom St. Germain**                     Date   **September 29, 2017**
_____                     _____
Signature of attorney for debtor                            MM / DD / YYYY

**Tom St. Germain**
_____
Printed name

**Weinstein & St. Germain**
_____
Firm name

**1414 NE Evangeline Thruway**
**Lafayette, LA 70501**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(337) 235-4001**          Email address  _____

**24887**
_____
Bar number and State

17-51280 - #1   File 09/29/17   Enter 09/29/17 10:45:12   Main Document   Pg 4 of 38

**Fill in this information to identify the case:**

Debtor name    **Knight Resources, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2017**    *X* **/s/ Kelley Knight Sobiesk**
                                                      Signature of individual signing on behalf of debtor

                                                      **Kelley Knight Sobiesk**
                                                      Printed name

                                                      **Authorized Representative**
                                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Knight Resources, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...................................................................... $ **947,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................. $ **2,252,312.48**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................... $ **3,199,312.48**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **203,671,800.10**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **38,111,515.34**

4.  **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b         $ **241,783,315.44**

Debtor name **Knight Resources, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Iberiabank operating** | **checking** | 3927 | $42,158.48 |
| 3.2. | **Iberiabank sweep** | **checking** | 7264 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $42,158.48 |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 954,669.00 | - | 954,669.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $0.00 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, equipment, artwork located at 24 Waterway, Suite 1460, The Woodlands, TX** | $130,154.00 | | $130,154.00 |

| 40. | **Office fixtures** |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | | $130,154.00 |
| | Add lines 39 through 42.  Copy the total to line 86. | | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
| | ■ No |
| | ☐ Yes |

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
| | ■ No |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Interests in various oil and gas wells and royalty interests** | | $16,957,044.00 | | $947,000.00 |

56.    **Total of Part 9.**                                                                                                    $947,000.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |

71.    **Notes receivable**

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
     **Cash held by RLI Insurance Company for operator and performance bonds**                                                               **$2,080,000.00**
     Nature of claim
     Amount requested              **$2,080,000.00**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                                               **$2,080,000.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$42,158.48** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$130,154.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | **$947,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$2,080,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,252,312.48** | + 91b. **$947,000.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$3,199,312.48** |

Debtor name **Knight Resources, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1 | **Cantor Fitzgerald Securities** | | $203,671,800.10 | $2,210,154.00 |
|---|---|---|---|---|

<table>
<tr><td>Creditor's Name</td><td>Describe debtor's property that is subject to a lien</td></tr>
<tr><td><b>Attn: Bobbie Young<br>900 West Trade Street, Suite 725<br>Charlotte, NC 28202</b></td><td><b>Cash held by RLI Insurance Company for operator and performance bonds; office Furniture, equipment, artwork located at 24 Waterway, Suite 1460, The Woodlands, TX</b></td></tr>
<tr><td>Creditor's mailing address</td><td>Describe the lien<br><b>First Mortgage</b></td></tr>
<tr><td></td><td>Is the creditor an insider or related party?</td></tr>
<tr><td></td><td>■ No<br>☐ Yes</td></tr>
<tr><td>Creditor's email address, if known</td><td>Is anyone else liable on this claim?</td></tr>
<tr><td><b>Date debt was incurred</b></td><td>☐ No<br>■ Yes. Fill out <i>Schedule H: Codebtors</i> (Official Form 206H)</td></tr>
<tr><td><b>Last 4 digits of account number</b></td><td></td></tr>
<tr><td><b>Do multiple creditors have an interest in the same property?</b></td><td>As of the petition filing date, the claim is:<br>Check all that apply</td></tr>
<tr><td>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.</td><td>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed</td></tr>
</table>

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $203,671,800.10 |

### Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **Knight Resources, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$159,051.27** |
| | **24 Waterway, LLC**<br>**24 Waterway Avenue**<br>**Spring, TX 77380** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$1,092,672.94** |
| | **Apache Corporation**<br>**2000 Post Oak Boulevard**<br>**Suite 100**<br>**Houston, TX 77056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$14.39** |
| | **Apache Shelf, Inc**<br>**2000 Post Oak Boulevard**<br>**Suite 100**<br>**Houston, TX 77056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$607,500.00** |
| | **Apex Oil & Gas, Inc.**<br>**20333 State Hwy 249**<br>**Suite 200**<br>**Houston, TX 77070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **P&A Liability** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,817.92 |
|---|---|---|---|

**Brammer Engineering, Inc**
113 Heymann Boulevard #7
Lafayette, LA 70503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,400.00 |
|---|---|---|---|

**Chevron USA, Inc.**
P.O. Box 730121
Dallas, TX 75373-0121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **P&A Liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,197.36 |
|---|---|---|---|

**CL&F Resources, LP**
111 Veterans Memorial Boulevard
Suite 500
Metairie, LA 70005-3099

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Clifford T. Crowe**
5822 Oakmoss Trail
Spring, TX 77379

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Consolidated Asset Managment**
919 Milom Street
Suite 2300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,728.16 |
|---|---|---|---|

**Contango Operators**
717 Texas Avenue #2900
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money due**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Contango Operators, Inc.**
717 Texas Ave
Suite 2900
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **P&A Liability**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,000.00 |
|---|---|---|---|
| | **Dynamic Offshore Resources**<br>P.O. Box 203887<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **P&A Liability** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,071.19 |
|---|---|---|---|
| | **Energy Resource Technology**<br>8201 Preston Road<br>Suite 750<br>**Dallas, TX 75225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,888.02 |
|---|---|---|---|
| | **Expert Oil & Gas, LLC**<br>101 Ashland Way<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599,000.00 |
|---|---|---|---|
| | **Expert Oil & Gas, LLC**<br>101 Ashland Way<br>**Madisonville, LA 70447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **P&A Liability** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374,650.14 |
|---|---|---|---|
| | **Fieldwood Energy, LLC**<br>2014 West Pinhook Road<br>#800<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,270,811.99 |
|---|---|---|---|
| | **Freeport-McMoran Oil & Gas, LLC**<br>700 Milam Street<br>Suite 3100<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Money due / P&A Liability** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,381.85 |
|---|---|---|---|
| | **GCER Onshore, LLC**<br>500 Dallas Street<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Money due** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$607,500.00** |
|---|---|---|---|
| | **Hall-Houston Oil Company**<br>**700 Louisiana Avenue**<br>**Suite 2100**<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,756,026.12** |
|---|---|---|---|
| | **Helis Oil & Gas Company**<br>**228 St. Charles Avenue**<br>**Suite 912**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due / P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,585.87** |
|---|---|---|---|
| | **Hilcorp Energy Company**<br>**99 Von Ness Drive**<br>**Westwego, LA 70094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due / P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570,828.01** |
|---|---|---|---|
| | **Houston Energy, LP**<br>**1200 Smith Road #2400**<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.20** |
|---|---|---|---|
| | **Iron Mountain**<br>**Post Office Box 915004**<br>**Dallas, TX 75391-5004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **James A. Bibby**<br>**2031 Greenway Village Drive**<br>**Katy, TX 77494** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,458,696.00** |
|---|---|---|---|
| | **Knight Energy Holdings, LLc.**<br>**2727 SE Evangeline Thruway**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.00 |
|---|---|---|---|
| | NRAI, Inc<br>3867 Plaza Tower Drive<br>Baton Rouge, LA 70816 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,555.72 |
|---|---|---|---|
| | Peregrine Oil & Gas II, LLC<br>3 Riverway #1750<br>Houston, TX 77056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,011,093.33 |
|---|---|---|---|
| | Pergerine Oil & Gas II, LP<br>Three River Way #1750<br>Houston, TX 77056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due / P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,601,411.47 |
|---|---|---|---|
| | Petroquest Energy, LLC<br>400 E. Kalsite Saloom Road<br>Suite 6000<br>Lafayette, LA 70508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due / P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,635.29 |
|---|---|---|---|
| | Pyramid Tubular Products, LP<br>2 Northpoint Drive<br>Houston, TX 77060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|
| | Reddog Systems, Inc<br>1100 639 5 Avenue SW<br>Calgary, AB T2P OM9, Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.50 |
|---|---|---|---|
| | Shoreline Southeast<br>16801 Greenspoint Drive #380<br>Houston, TX 77060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
|  | **Strat Energy & Consulting, Inc.** | ☐ Contingent | |
|  | **22 Country Club Park** | ☐ Unliquidated | |
|  | **Covington, LA 70433-4402** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|  | **Talos Energy, LLC** | ☐ Contingent | |
|  | **500 Dallas Street** | ☐ Unliquidated | |
|  | **Suite 2000** | ☐ Disputed | |
|  | **Houston, TX 77002** | Basis for the claim:  **P&A Liability** | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,459.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
|  | **Tammy J. Mcrae Tax Assessoc, Co** | ☐ Contingent | |
|  | **400 North San Jacinto Street** | ☐ Unliquidated | |
|  | **Conroe, TX 77301** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Money due** | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,345.85 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
|  | **Turbeco, Inc** | ☐ Contingent | |
|  | **dba Spidle Turbeco** | ☐ Unliquidated | |
|  | **9525 Pole Road** | ☐ Disputed | |
|  | **Oklahoma City, OK 73160** | Basis for the claim:  **Money due** | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,840,574.04 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|
|  | **W&T Offshore, Inc** | ☐ Contingent | |
|  | **1100 Poydras Street** | ☐ Unliquidated | |
|  | **#1100** | ☐ Disputed | |
|  | **New Orleans, LA 70163** | Basis for the claim:  **Money due / P&A Liability** | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.62 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|
|  | **White Oak Operating Co., LLC** | ☐ Contingent | |
|  | **16945 Northchase Drive** | ☐ Unliquidated | |
|  | **1700** | ☐ Disputed | |
|  | **Houston, TX 77060** | Basis for the claim:  **Money due** | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
|  | **Whitney Oil & Gas, LLC** | ☐ Contingent | |
|  | **400 Poydras Street** | ☐ Unliquidated | |
|  | **Suite 1440** | ☐ Disputed | |
|  | **New Orleans, LA 70130** | Basis for the claim:  **P&A Liability** | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.46 |
|---|---|---|---|
| | **Woodlands Metro Center Mud** | ☐ Contingent | |
| | **2445 Lake Robbins Drive** | ☐ Unliquidated | |
| | **Spring, TX 77380-1025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414,286.73 |
|---|---|---|---|
| | **Yuma Exploration & Production** | ☐ Contingent | |
| | **1177 West Loop S** | ☐ Unliquidated | |
| | **Suite 1825** | ☐ Disputed | |
| | **Houston, TX 77027** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Money due / P&A Liability** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 38,111,515.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 38,111,515.34 |

Debtor name    **Knight Resources, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Knight Resources, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**
*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Knight Energy Holdings, LLC** | **2727 SE Evangline Thwy Lafayette, LA 70508** | **Helis Oil & Gas Company** | ☐ D ____<br>■ E/F __3.20__<br>☐ G ____ |
| 2.2 | **Knight Energy Holdings, LLC** | **2727 SE Evangline Thwy Lafayette, LA 70508** | **Apex Oil & Gas, Inc.** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.3 | **Knight Energy Holdings, LLC** | **2727 SE Evangline Thwy Lafayette, LA 70508** | **Chevron USA, Inc.** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.4 | **Knight Energy Holdings, LLC** | **2727 SE Evangline Thwy Lafayette, LA 70508** | **Hall-Houston Oil Company** | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.5 | **Knight Energy Holdings, LLC** | **2727 SE Evangeline Thwy Lafayette, LA 70508** | **Cantor Fitzgerald Securities** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| 2.6 | **Knight Oil Tools, LLC** | **2727 SE Evangeline Thwy Lafayette, LA 70508** | **Apache Corporation** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
|-----|---------------------------|--------------------------------------------------|-------------------------|------------------------------------|

Official Form 206H
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 2 of 2
Best Case Bankruptcy

17-51280 - #1  File 09/29/17  Enter 09/29/17 10:45:12  Main Document    Pg 22 of 38

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,762,141.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  **asst sales, interest** | **$4,790,202.90** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$10,630,621.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Consolidated Asset Management Systems** **919 Milam Street** **Suite 2300** **Houston, TX 77002** | 7/5/17 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Knight Energy Holdings, LLC** **2727 SE Evangeline Thwy** **Lafayette, LA 70508** **Member** | 9/30/16 - 7/5/17 | $2,146,862.24 | **Repayments of money loaned** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td>**Part 3:**</td><td>**Legal Actions or Assignments**</td></tr>
</table>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    | --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    | --- | --- | --- | --- | --- |
    | 11.1. | **Weinstein & St. Germain, LLC**<br>**1414 NE Evangeline Thrwy.**<br>**Lafayette, LA 70501** | | **September 28, 2017** | **$10,000.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor?<br>**Knight Energy Holdings, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    | --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    | --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **24 Waterway Suite 1460 Spring, TX 77380** | **2011 - 2017** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Kathleen David**<br>**2727 SE Evangeline Thwy**<br>**Lafayette, LA 70508** | **10/30/13 - present** |
| 26a.2. **Consolidated Asset Management Services**<br>**919 Milam Street**<br>**Suite 2300**<br>**Houston, TX 77002** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Knight Resources, LLC**<br>**2727 SE Evangeline Thwy**<br>**Lafayette, LA 70508** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Knight Energy Holdings, LLC** | **2727 SE Evangeline Thwy**<br>**Lafayette, LA 70508** | **Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

�

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Knight Energy Holdings, LLC 2727 SE Evangeline Thwy Lafayette, LA 70508** | **$2,146,862.24** | **9/30/16 - 7/5/17** | **Repayment of money loaned** |
| | Relationship to debtor **Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Knight Energy Holdings, LLC** | **EIN:    72-0981930** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 29, 2017__

__/s/ Kelley Knight Sobiesk__        **Kelley Knight Sobiesk**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Knight Resources, LLC**                             Case No. _____

                                     Debtor(s)                  Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **10,000.00** |
   | Prior to the filing of this statement I have received | $ | **10,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 29, 2017**
_____
*Date*

         **/s/ Tom St. Germain**
         **Tom St. Germain 24887**
         *Signature of Attorney*
         **Weinstein & St. Germain**
         **1414 NE Evangeline Thruway**
         **Lafayette, LA 70501**
         **(337) 235-4001   Fax: (337) 235-4020**
         *Name of law firm*

---

24 Waterway, LLC
24 Waterway Avenue
Spring, TX 77380


Apache Corporation
2000 Post Oak Boulevard
Suite 100
Houston, TX 77056


Apache Shelf, Inc
2000 Post Oak Boulevard
Suite 100
Houston, TX 77056


Apex Oil & Gas, Inc.
20333 State Hwy 249
Suite 200
Houston, TX 77070


Brammer Engineering, Inc
113 Heymann Boulevard #7
Lafayette, LA 70503


Cantor Fitzgerald Securities
Attn: Bobbie Young
900 West Trade Street, Suite 725
Charlotte, NC 28202


Chevron USA, Inc.
P.O. Box 730121
Dallas, TX 75373-0121


CL&F Resources, LP
111 Veterans Memorial Boulevard
Suite 500
Metairie, LA 70005-3099

Clifford T. Crowe
5822 Oakmoss Trail
Spring, TX 77379


Consolidated Asset Managment
919 Milom Street
Suite 2300
Houston, TX 77002


Contango Operators
717 Texas Avenue #2900
Houston, TX 77002


Contango Operators, Inc.
717 Texas Ave
Suite 2900
Houston, TX 77002


Dynamic Offshore Resources
P.O. Box 203887
Dallas, TX 75320


Energy Resource Technology
8201 Preston Road
Suite 750
Dallas, TX 75225


Expert Oil & Gas, LLC
101 Ashland Way
Covington, LA 70433


Expert Oil & Gas, LLC
101 Ashland Way
Madisonville, LA 70447


Fieldwood Energy, LLC
2014 West Pinhook Road
#800
Lafayette, LA 70508

Freeport-McMoran Oil & Gas, LLC
700 Milam Street
Suite 3100
Houston, TX 77002


GCER Onshore, LLC
500 Dallas Street
Houston, TX 77002


Hall-Houston Oil Company
700 Louisiana Avenue
Suite 2100
Houston, TX 77002


Helis Oil & Gas Company
228 St. Charles Avenue
Suite 912
New Orleans, LA 70130


Hilcorp Energy Company
99 Von Ness Drive
Westwego, LA 70094


Houston Energy, LP
1200 Smith Road #2400
Houston, TX 77002


Iron Mountain
Post Office Box 915004
Dallas, TX 75391-5004


James A. Bibby
2031 Greenway Village Drive
Katy, TX 77494


Knight Energy Holdings, LLC
2727 SE Evangline Thwy
Lafayette, LA 70508

Knight Energy Holdings, LLC
2727 SE Evangeline Thwy
Lafayette, LA 70508


Knight Energy Holdings, LLc.
2727 SE Evangeline Thruway
Lafayette, LA 70508


Knight Oil Tools, LLC
2727 SE Evangeline Thwy
Lafayette, LA 70508


Lafayette Sheriff
Post Office Drawer 92590
Lafayette, LA 70509


NRAI, Inc
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Peregrine Oil & Gas II, LLC
3 Riverway #1750
Houston, TX 77056


Pergerine Oil & Gas II, LP
Three River Way #1750
Houston, TX 77056


Petroquest Energy, LLC
400 E. Kalsite Saloom Road
Suite 6000
Lafayette, LA 70508


Pyramid Tubular Products, LP
2 Northpoint Drive
Houston, TX 77060

Reddog Systems, Inc
1100 639 5 Avenue SW
Calgary, AB T2P OM9, Canada


Shoreline Southeast
16801 Greenspoint Drive #380
Houston, TX 77060


Strat Energy & Consulting, Inc.
22 Country Club Park
Covington, LA 70433-4402


Talos Energy, LLC
500 Dallas Street
Suite 2000
Houston, TX 77002


Tammy J. Mcrae Tax Assessoc, Co
400 North San Jacinto Street
Conroe, TX 77301


Turbeco, Inc
dba Spidle Turbeco
9525 Pole Road
Oklahoma City, OK 73160


W&T Offshore, Inc
1100 Poydras Street
#1100
New Orleans, LA 70163


White Oak Operating Co., LLC
16945 Northchase Drive
1700
Houston, TX 77060

Whitney Oil & Gas, LLC
400 Poydras Street
Suite 1440
New Orleans, LA 70130


Woodlands Metro Center Mud
2445 Lake Robbins Drive
Spring, TX 77380-1025


Yuma Exploration & Production
1177 West Loop S
Suite 1825
Houston, TX 77027

# United States Bankruptcy Court
## Western District of Louisiana

In re    __Knight Resources, LLC__                                          Case No. _____

                                                  Debtor(s)         Chapter     __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 29, 2017__ _____       **/s/ Kelley Knight Sobiesk** _____

                                                           **Kelley Knight Sobiesk/Authorized Representative**

                                                           Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Knight Resources, LLC** _____    Case No. _____

                               Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Knight Resources, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Knight Energy Holdings, LLC**
**2727 SE Evangeline Thwy**
**Lafayette, LA 70508**

☐ None [*Check if applicable*]

**September 29, 2017** _____      **/s/ Tom St. Germain** _____
Date                                           **Tom St. Germain 24887**

Signature of Attorney or Litigant
Counsel for    **Knight Resources, LLC** _____
**Weinstein & St. Germain**
**1414 NE Evangeline Thruway**
**Lafayette, LA 70501**
**(337) 235-4001 Fax:(337) 235-4020**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy